UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DR. NICOLE E. DOLAN,

    Plaintiff,

v.

LAURA MARY SCHWABEL, CYNTHIA
ROSSO SCHWABEL, ROBERT J.
SCHWABEL, AMCO INSURANCE
COMPANY, HEALTH ALLIANCE PLAN,
HENRY FORD HEALTH SYSTEM,
and LIFE INSURANCE COMPANY OF
NORTH AMERICA, a CIGNA
COMPANY,

    Defendants.

and

AMCO INSURANCE COMPANY,

    Third-Party Plaintiff,

vs.

HEALTH ALLIANCE PLAN, HENRY
FORD HEALTH SYSTEM, and
LIFE INSURANCE COMPANY OF
NORTH AMERICA, a CIGNA
COMPANY,

    Third-Party Defendants.
_____/

Case No. 12-12292

HONORABLE AVERN COHN

**MEMORANDUM**

The Court held a status conference on June 25, 2012 at which it indicated its intention to remand the case to the Macomb County Circuit Court as having been improvidently removed. On further consideration, the proper course is for defendant Henry Ford Health System (HFHS) to file a response to plaintiff's motion to remand

(Doc. 10) so that the Court can consider the motion on a full record.

Accordingly, HFHS shall file a response to the motion to remand within ten (10) days. Plaintiff may file a reply within five (5) days thereafter.

 s/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated:  June 26, 2012

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 26, 2012, by electronic and/or ordinary mail.

 s/Tanya Bankston on behalf of s/Julie Owens
Case Manager, (313) 234-5160